An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL KINCAID; AND WASHOE
COUNTY SHERIFF'S DEPUTIES
ASSOCIATION,
Appellants,
vs.
WASHOE COUNTY,
Respondent.

No. 65535

**FILED**

NOV 1 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

After this court ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction, explaining that it appeared that the district court order remanding for a new arbitration was not substantively appealable, NRS 38.247(1)(e); *Karcher Firestopping v. Meadow Valley Contractors, Inc.*, 125 Nev. 111, 204 P.3d 1262 (2009), appellants filed a notice of withdrawal of appeal, which we construe as a motion to voluntarily dismiss under NRAP 42(b). The motion is granted, with the parties to bear their own costs and fees. *Id.* Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-37793

cc: Hon. Connie J. Steinheimer, District Judge
David Wasick, Settlement Judge
Michael E. Langton
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A